ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP 10 PM 3:27

CLERK
SO. DIST. OF GA.

| HORACIO DEAVILA CABRERA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CV 314-021 |
| CCA MCRAE CORRECTIONAL FACILITY, | ) |  |
| Defendant. | ) |  |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 19). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 10 day of September, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE