AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HORACIO DEAVILA CABRERA,

    Plaintiff,

                    v.

CCA MCRAE CORRECTIONAL FACILITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV314-021

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court Entered on September 10, 2014, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's amended complaint is DISMISSED and this civil action stands CLOSED.

September 10, 2014  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03